**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-1415**
_____

RENEE LOUISE MCCRAY,

                Plaintiff - Appellant,

     v.

WELLS FARGO BANK, N.A.,

                Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.  George L. Russell, III, District Judge. (1:14-cv-03445-GLR; 13-26131; 13-00710)

_____

Submitted:  October 28, 2016      Decided:  December 9, 2016

_____

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Renee Louise McCray, Appellant Pro Se.  Michael S. Barranco, Douglas Brooks Riley, TREANOR, POPE & HUGHES, PA, Towson, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Renee Louise McCray appeals the district court's orders: (1) adopting the bankruptcy court's proposed findings of fact and conclusions of law and dismissing her civil action, and (2) denying her postjudgment motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McCray v. Wells Fargo Bank, N.A., No. 1:14-cv-03445-GLR; 13-26131; 13-00710 (D. Md. Oct. 14, 2015; Mar. 30, 2016; Apr. 8, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED